UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Jeffrey M. Gray</u>

      v.                                                      Civil No. 08-cv-443-PB

<u>Lisa A. Sorenson</u>


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

      The Exhibits attached to Defendant's Answer in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Answer to Complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Exhibits attached to Defendant's Answer, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                                    */s/ James R. Muirhead*
                                                    James R. Muirhead
                                                    United States Magistrate Judge


Date: November 19, 2008


cc:      Jeffrey M. Gray, pro se
          Lisa A. Sorenson, pro se