UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Jeffrey Gray</u>

          v.          Case No. 08-cv-443-PB

<u>Lisa Sorenson</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 6, 2009.

SO ORDERED.

April 3, 2009          /s/ Paul Barbadoro
          Paul Barbadoro
          United States District Judge

cc:   Jeffrey Gray, Pro Se
      Lisa Sorenson, Pro Se