UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Jeffrey M. Gray, et al.**

    **v.**                      Case No. 08-cv-443-PB

**Lisa A. Sorenson**

### O R D E R

Plaintiffs' joint motion to amend (Doc. No. 60) is granted. The third amended complaint shall be refiled as a separate document within 30 days of the issuance of this order. All other pending motions are denied without prejudice.

Defendants shall file a single motion to dismiss with a supporting memorandum limited to 20 pages within 14 days of the date that service is completed on Scott Sorenson. Plaintiffs shall file an objection and a supporting memorandum limited to 20 pages within the time contemplated by the local rules. Defendants may file a single reply memorandum limited to 20 pages within 14 days of the date that the objection is filed. No other pleadings may be filed until the court rules on the motion to dismiss.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

December 14, 2009

cc:   Jeffrey Gray, pro se
      Janette Gray, pro se
      Lisa Sorenson, pro se
      Daniel Lustenberger, Esq.