**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**Jeffrey M. Gray, et al.**

    **v.**                                   Case No. 08-cv-443-PB

**Lisa Sorenson and**
**Scott Sorenson**


**O R D E R**


Three of the four parties in this action have appeared pro se.  They have filed a confusing array of motions that are incomplete and poorly reasoned.  From a review of the file, it appears that most, if not all of plaintiffs' claims are barred by collateral estoppel, res judicata, or the Rooker-Feldman doctrine.

In order to better assess the case, the court directs Lisa Sorenson's counsel to obtain and file within 30 days certified copies of the docket sheets and all court orders entered in any case filed in the Salem Family Division, the New Hampshire Supreme Court, the York Maine Probate Court, the Biddeford District Court and the Maine Supreme Judicial Court that in any way bear on the subject matter of this litigation.

All pending motions are denied without prejudice (Doc Nos. 94, 112, 113 and 114).  No further pleadings shall be filed in this action without prior court approval.  The court will issue further orders after it receives the information that counsel has been ordered to produce.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge


June 9, 2010

cc:   Jeffrey M. Gray, pro se
      Janette L. Gray, pro se
      Daniel D. Lustenberger, Esq.
      Scott L. Sorenson, Esq.