UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Jeffrey Gray, et al.**

    v.                          Case No.   08-cv-443-PB

**Lisa Sorenson, et al.**

**O R D E R**

The parties have made it almost impossible for the court to manage this case by failing to comply with court orders and constantly shifting the issues that the court is being asked to decide.  I intend to rule on the issues raised by my prior order before proceeding further.  No additional pleadings may be filed by either party with out prior court approval.

Document Nos. 137 and 138 are construed as motions and are denied without prejudice.  Document Nos. 139 and 140 are denied without prejudice.  Document No. 141 is moot in light of these rulings.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 18, 2011

cc:  Jeffrey Gray, pro se
     Janette Gray, pro se
     Daniel Lustenberger, Esq.
     Scott L. Sorenson, pro se