UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Jeffrey Gray</u>

        v.        Case No. 08-cv-443-PB

<u>Lisa Sorenson</u>


<u>O R D E R</u>

    Janette Gray has failed to respond to the motion. I accept the facts pleaded in support of the motion as true and determine on the basis of those facts that the defendant is entitled to judgment as a matter of law with respect to her claims. Jeffrey Gray has sought a stay based on the fact that he is unable to respond to the motion because he is incarcerated and because his files were confiscated by law enforcement officials. I will grant the defendant an additional 90 days to respond. Further continuances will not be permitted.

    SO ORDERED.


June 29, 2011                        /s/ Paul Barbadoro
                                               Paul Barbadoro
                                               United States District Judge


cc:    Jeffrey Gray, Pro Se
       Janette Gray, Pro Se
       Daniel Lustenberg, Esq.