UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jeffrey M. Gray, et al.

   v.                                          Civil No. 08-cv-443-PB

Lisa A. Sorenson, et al.

**NOTICE OF RULING**

      Re:   Document No. 150

Ruling: Appellant's request to proceed in forma pauperis is granted, but pursuant to 28 USC § 1915, the filing fee must be paid as follows:

      The sum of $0.52 is due no later than January 3, 2012. In addition, 20% of each preceding month's income credited to the appellant's account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $455.00 has been paid.

                                          /s/Landya B. McCafferty
                                          Landya B. McCafferty
                                          United States Magistrate Judge

Date: December 2, 2011

cc:  Jeffrey M. Gray, pro se
     Janette L. Gray, pro se
     Daniel D. Lustenberger, Esq.
     Scott Sorenson, pro se
     Rockingham County Inmate Accounts